IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT MICHAEL JOHNSON,<br><br>Defendant. | CR 24–38–BU–DWM<br><br><br><br>ORDER |

Having moved unopposed to withdraw his motion to dismiss,

IT IS ORDERED that Defendant Scott Michael Johnson's motion, (Doc. 22), is GRANTED and his motion to dismiss, (Doc. 18), is DISMISSED WITHOUT PREJUDICE.

DATED this 7th day of February, 2025.

_____
Donald W. Molloy, District Judge
United States District Court