IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT MICHAEL JOHNSON, <br><br> Defendant. | CR 24–38–BU–DWM <br><br><br> ORDER |

The government moves to dismiss the Indictment, (Doc. 1), against Defendant Scott Michael Johnson without prejudice. (Doc. 31.) The basis for this motion is that Johnson and the United States, with agreement of the United States Probation Office, have entered into a pretrial diversion agreement, which by its terms, requires such dismissal and, provided Johnson complies with the agreement, the government will not refile the charge. (*Id.*)

Accordingly, IT IS ORDERED that the government's motion, (Doc. 31), is GRANTED and the Indictment, (Doc. 1), against Scott Michael Johnson is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the trial set for April 28, 2025, is VACATED, and all other attendant deadlines in the case are VACATED.

DATE this 17th day of April, 2025.

_____
Donald W. Molloy
United States District Court Judge